UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SEAN HALL, Jr., | ) | No. CV 14-7487-JVS (PLA) |
| Petitioner, | ) ) ) | **ORDER ACCEPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |
| v. | ) ) | |
| MIKE MARTEL, Warden, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, petitioner's November 20, 2014, letter to the Court, and the magistrate judge's final report and recommendation. The Court accepts the final recommendations of the magistrate judge.

    ACCORDINGLY, IT IS ORDERED:

    1.    The final report and recommendation is accepted.

    2.    Judgment shall be entered consistent with this order.

    3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: December 2, 2014

                                                                                       HONORABLE JAMES V. SELNA
                                                                                      UNITED STATES DISTRICT JUDGE