# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SEAN HALL, | ) | No. CV 14-7847-JVS (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| MIKE MARTEL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: December 2, 2014

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE